# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

EDWARD L. BASKIN,

    Plaintiff,

v.                                  Case No. 3:21cv707-MCR-HTC

SERGEANT B. GIVENS,
SERGEANT IMMENSOTA,
OFFICER L. WILLIAMSON,

    Defendants.
_____/

## **ORDER**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 30, 2021, ECF No. 10, which recommends this case be dismissed without prejudice as malicious for failure to disclose and for failure to follow orders of the Court. The parties were given time to file objections to the Report and Recommendation.

    Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's failure to disclose and failure to follow orders of the Court.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of August 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**